UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RED PROTSMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN, et al.,<br><br>    Defendants. | No. 2: 19-cv-2446 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 6, 2020, the undersigned granted plaintiff sixty days to file an amended complaint. (ECF No. 9.)

On March 12, 2020, plaintiff filed a letter with the court stating that he cannot locate any of the papers the court sent him before he was taken to the hospital. (ECF No. 11.) Plaintiff alleges that without these papers, he cannot prepare an amended complaint. (Id.) Good cause appearing, the undersigned will direct the Clerk of the Court to re-serve plaintiff with the January 3, 2020 order dismissing his complaint with leave to amend.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to re-serve plaintiff with the January 3, 2020 order dismissing his complaint with leave to amend (ECF No. 5);

/////

1

2. Plaintiff is granted sixty days from the date of this order to file an amended complaint.

Dated: March 31, 2020

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Prot2446.ord

2