UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RED PROTSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　Defendants. | No. 2: 19-cv-2446 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 14, 2020, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 20.) A settlement conference is set for January 26, 2021, before Magistrate Judge Claire. (ECF No. 21.)

On December 14, 2020, plaintiff filed a letter with the court. (ECF No. 25.) In this letter, plaintiff requests that the court appoint someone to help investigate his case. Plaintiff's request for an investigator is denied without prejudice because this action is stayed. Following the settlement conference, if appropriate, plaintiff may renew his request for assistance in prosecuting this action.

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an investigator contained in his December 14, 2020 letter (ECF No. 25) is denied without prejudice.

Dated: December 18, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Prot2446.inv