UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE RED PROTSMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>WARDEN, et al.,<br><br>   Defendants. | No. 2: 19-cv-2446 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 14, 2020, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 20.) A settlement conference is set for January 26, 2021, before Magistrate Judge Claire. (ECF No. 21.)

On January 4, 2021, plaintiff filed a motion requesting that the court assist him in obtaining a video of his cell. (ECF No. 28.) This motion is docketed as a "motion to compel." (Id.) Plaintiff's request for court assistance in obtaining a video of his cell is denied without prejudice because this action is stayed.

////
////
////
////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for court assistance in
2 obtaining a video of his cell (ECF No. 28), docketed as a "motion to compel," is denied without
3 prejudice.

Dated:  January 7, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Prot2446.ord(2)